34

122 P.3d 1132

# SUPREME COURT OF HAWAIʻI

State v. Dean . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24300      11/28/2005    Vacated &
                                                                                                          remanded
                                                                                                          for new
                                                                                                          trial